IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK CARL TOLEDO,<br><br>Defendant. | Case No. 2:18-cr-105 KJM<br><br>~~[PROPOSED]~~ ORDER TO SEAL EXHIBITS A AND B TO DEFENDANT'S SENTENCING MEMORANDUM |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B to Defendant's Sentencing Memorandum be granted so that the medical information is not available on the public docket.

The Sentencing Memorandum and its Exhibits A and B are to be provided to the Court and Assistant United States Attorney Cameron Desmond

These documents shall remain under seal until further Order of the Court.

Dated: ~~July~~ Aug 5, 2019

HON. Kimberly J. Mueller
United States District Judge

Order                                      -1-