FILED
AUG 05 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK CARL TOLEDO,<br><br>Defendant. | Case No. 2:18-cr-105 KJM<br><br>[~~PROPOSED~~] ORDER TO SEAL EXHIBIT C TO DEFENDANT'S SENTENCING MEMORANDUM |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit C to Defendant's Sentencing Memorandum be granted so that the medical information and other confidential information, such as sensitive facts regarding the defendant's military service, is not available on the public docket.

Exhibit C is to be provided to the Court and Assistant United States Attorney Cameron Desmond.

This document shall remain under seal until further Order of the Court.

Dated: Aug 5, 2019

HON. Kimberly J. Mueller
United States District Judge

Order -1-